```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01776
   REGINA A SMITH MAYBELL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4963

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
DEUTSCHE BANK              CURRENT MORTG         .00          .00           .00
DEUTSCHE BANK              MORTGAGE ARRE         .00          .00           .00
COMMONWEALTH EDISON        UNSEC W/INTER     1844.79          .00           .00
NICOR GAS                  UNSEC W/INTER      756.89          .00           .00
RMCB COLLECTION AGENCY     UNSEC W/INTER   NOT FILED          .00           .00
US DEPT OF EDUCATION       UNSEC W/INTER         .00          .00           .00
CAPITAL ONE                UNSEC W/INTER      987.87          .00           .00
DEUTSCHE NATIONAL BANK T   NOTICE ONLY     NOT FILED          .00           .00
AMC MORTGAGE SERVICES IN   NOTICE ONLY     NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      703.81          .00           .00
AFNI/VERIZON WIRELESS      UNSEC W/INTER     1306.94          .00           .00
LEHMAN & FOX               DEBTOR ATTY       2,500.00                   2,242.80
TOM VAUGHN                 TRUSTEE                                        157.20
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              2,400.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,242.80
TRUSTEE COMPENSATION                          157.20
DEBTOR REFUND                                    .00
                     --------------        --------------
TOTALS               2,400.00               2,400.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01776 REGINA A SMITH MAYBELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |